# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

July 31, 2020

<u>VIA ECF</u>

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States of America v. Christian Baez*, 19 Cr. 690 (KPF)

Dear Judge Failla,

    I am counsel to defendant Christian Baez in the above-captioned case. I write to respectfully request a modification of my client's pretrial release status. Mr. Baez is seeking to make a one-day trip outside of his specified judicial districts to celebrate his son's birthday with his family. Mr. Baez seeks to leave his home at 7:00am on August 9, 2020 and travel with his family to Kalahari Resorts located at 250 Kalahari Blvd, Pocono Manor, PA and return home on August 10, 2020 by 8:30pm. The Government and Pretrial Services consent to this request.

    Thank you for your attention to this matter.

Very truly yours,

Daniel A. McGuinness

Cc: All Counsel (via ECF)

```
Application GRANTED.

Dated:     July 31, 2020
           New York, New York
```

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE