# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

May 26, 2021

<u>VIA ECF</u>

MEMO ENDORSED

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States of America v. Christian Baez*, 19 Cr. 690 (KPF)

Dear Judge Failla,

    I am counsel to defendant Christian Baez in the above-captioned case. I write to respectfully request a modification of my client's pretrial release status. Mr. Baez is seeking to make a one-day trip outside of his specified judicial districts to attend a family friend's baby shower on June 5, 2021. The baby shower will occur from 6:30pm to 10:30pm at River View Banquet Center, 56 River Road, Berkeley Heights, NJ 07922. The travel time from Mr. Baez's home to the location is approximately an hour and a half to two hours depending on traffic. Accordingly, I respectfully request Mr. Baez be permitted to travel to the desired location in the District of New Jersey from 4:30pm on June 5, 2021 to 12:30am on June 6, 2021. Pretrial and the Government do not object to this request.

    Thank you for your attention to this matter.

Very truly yours,

Daniel A. McGuinness

Cc: All Counsel (via ECF)

```
Application GRANTED.

Dated:   May 27, 2021
         New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE