# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

July 28, 2022

<u>VIA ECF</u>

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States of America v. Christian Baez*, 19 Cr. 690 (KPF)

Dear Judge Failla,

      I am counsel to defendant Christian Baez in the above-captioned case. I write to respectfully request a modification of my client's pretrial release status. Mr. Baez is seeking to make a one-day trip outside of his specified judicial districts on July 28, 2022 for his son's birthday. Mr. Baez requests permission to travel to the District of New Jersey for a family trip to a water park located at 1 American Dream Way, East Rutherford, NJ 07073. Accordingly, I respectfully request Mr. Baez be permitted to travel to the desired location in the District of New Jersey from 12:00pm to 10:00pm on July 28, 2022. Pretrial and the Government do not object to this request.

      Thank you for your attention to this matter.

Very truly yours,

*/s/ Daniel A. McGuinness*

Daniel A. McGuinness

Cc: All Counsel (via ECF)

Application GRANTED. Mr. Baez is permitted a one-day modification of his pretrial release status in line with this letter.

The Clerk of Court is directed to terminate the pending motion at docket entry 238.

Dated:    July 25, 2022           SO ORDERED.
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE