# LAW OFFICES OF
# DANIEL A. McGUINNESS, PC

353 LEXINGTON AVE, SUITE 900, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX (888) 679-0585 · EMAIL: DAN@LEGALMCG.COM

October 7, 2022

<u>VIA ECF</u>



Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States of America v. Christian Baez*, 19 Cr. 690 (KPF)

Dear Judge Failla,

    I am counsel to defendant Christian Baez in the above-captioned case. I write at the request of my client to respectfully seek a modification of my client's release status to allow him to visit his parents' home in the Dominican Republic prior to his surrendering to serve his sentence. Pretrial and the Government oppose this request due to Mr. Baez's status as a sentenced defendant with a pending surrender date.

    Mr. Baez was sentenced by this Court on September 9, 2022 to a term of eight months imprisonment. The Court permitted him to surrender on January 20, 2023 and continued his pretrial release conditions. Mr. Baez is specifically seeking to travel to visit his elderly parents in the Dominican Republic with his wife and sons from November 14, 2022 to November 21, 2022. While there he would stay at his parents' home whose address in Santo Domingo that has been provided to pretrial.

    Thank you for your attention to this matter.

Very truly yours,

Daniel A. McGuinness

Cc: All Counsel (via ECF)

Application DENIED.

The Clerk of Court is directed to terminate the pending motion at docket entry 258.

Dated:    October 11, 2022              SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE