# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

353 LEXINGTON AVE, SUITE 900, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX (888) 679-0585 · EMAIL: DAN@LEGALMCG.COM

January 16, 2023

**VIA ECF**

MEMO ENDORSED

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States of America v. Christian Baez*, 19 Cr. 690 (KPF)

Dear Judge Failla,

    I am counsel to defendant Christian Baez in the above-captioned case. I write to respectfully seek an extension of his current surrender date of January 23, 2023[1] to April 5, 2023. Mr. Baez requests this extension to appear at a hearing challenging his unjust termination from UPS, and to continue physical therapy related to a vehicle accident. Pretrial Services and the Government take no position on this application.

    On December 1, 2022, Mr. Baez received a notice of discharge from his employer, UPS. The notice was given following an alleged on-duty altercation with a driver from another company. The incident was also brought to the attention of the NYPD who requested Mr. Baez report to the precinct. Mr. Baez went to the precinct, explained he was the victim of the altercation and provided video evidence to corroborate his account.  Mr. Baez was briefly detained while officers reviewed video of the incident. He was released later that day with no charges being filed against him.

    Mr. Baez had an initial hearing at UPS to challenge his discharge. That meeting did not result in his favor and he appealed that decision. As stated in the attached letter from his union representative, the final hearing will be held on the matter no later than March 2023. The union representative notes that he believes it was an unjust termination and it is imperative that Mr. Baez attend this meeting.

---

[1] Mr. Baez was sentenced on September 9, 2022 to a term of eight months imprisonment with a pending surrender date of January 20, 2023. He has since received notification to surrender to his designated facility on January 23, 2023.

Hon. Katherine Polk Failla
January 16, 2023
Page 2 of 2

      Additionally, Mr. Baez sustained a ligament injury on his hand in June of last year and has been undergoing physical therapy to rehabilitate the injury. Mr. Baez's doctor recommends that Mr. Baez should continue physical therapy three times per week until the next reevaluation on April 4, 2023. As such, Mr. Baez respectfully requests an extension of the surrender date to April 5, 2023.

      Thank you for your attention to this matter.

      Very truly yours,

      Daniel A. McGuinness

Cc: All Counsel (via ECF)

Enclosure

```
Application DENIED.  The Court would have considered a modest extension
of Defendant's surrender date in order to permit Defendant to
participate in further hearings related to his employment discharge, but
will not extend this date several months into the future.  Indeed, the
Court only permitted Defendant to surrender in January 2023 because
Defendant was working at UPS.  Further, Defendant could have notified
the Court of any issues associated with his physical therapy at his
sentencing hearing, and the Court will not extend his surrender date
solely because of his physical therapy schedule.

The Clerk of Court is directed to terminate the pending motion at docket
entry 260.

Dated:     January 17, 2023               SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE